**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUSAN FINGER,<br><br>Plaintiff,<br><br>v.<br><br>STONEMOR INC., ANDREW AXELROD, JOSEPH M. REDLING, DAVID MILLER, PATRICIA WELLENBACH, SPENCER E. GOLDENBERG, STEPHEN NEGROTTI, and KEVIN PATRICK,<br><br>Defendants. | ) | Case No. 1:22-cv-01356-RGA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 4, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*